TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
JEFFREY A. TOPOR (SBN 195545)
jtopor@snllp.com
R. TRAVIS CAMPBELL (SBN 271580)
tcampbell@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625

Attorneys for Defendants
Portfolio Recovery Associates, LLC,
Hunt & Henriques, Michael Scott Hunt,
Janalie Ann Henriques, and
Anthony J. DiPiero

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA C. MEZA, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company; HUNT & HENRIQUES, a general partnership; MICHAEL SCOTT HUNT, individually and in his official capacity; JANALIE ANN HENRIQUES, individually and in her official capacity; ANTHONY J. DIPIERO, individually and in his official capacity;<br><br>Defendants. | CASE NO.: 5:14-cv-03486-LHK<br><br>[PROPOSED] **ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Before the Court is Defendants' Administrative Motion to consider whether the following cases should be deemed related under Civil Local Rule 3-12:

*Meza v. Portfolio Recovery Assocs., LLC, et al.*, Case No.: 5:14-cv-03486-LHK ("*Meza*");

*Ciganek v. Portfolio Recovery Assocs., LLC, et al.*, Case No.: 5:15-cv-03837-LHK ("*Ciganek*");

*James v. Portfolio Recovery Assocs., LLC*, Case No.: 3:14-cv-03889-EMC ("*James*");

*Gaines v. Portfolio Recovery Assocs., LLC, et al.*, Case No.: 3-19-cv-01078-LB ("*Gaines*"); and

*Combs v. Portfolio Recovery Assocs., LLC, et al.*, Case No.: 5:19-cv-01118-NC ("*Combs*") (together, "the CCP 98 cases").

Having read and considered the papers, the Court hereby GRANTS the motion and ORDERS that the CCP 98 cases be related to each other.

The plaintiffs in each case assert identical claims against Portfolio Recovery Associates, LLC ("PRA") and its attorneys under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, arising from declarations PRA and its attorneys served on debtors pursuant to Section 98 of the California Code of Civil Procedure ("CCP 98") in state court actions to collect delinquent financial obligations owed to PRA. The plaintiffs in each case allege the PRA declarants were not "available for service of process" as required by CCP 98 because they authorized representatives (defendant Hunt & Henriques and other entities) to accept service on their behalf. As a result, the plaintiffs contend the PRA declarations violated sections 1692e and 1692f of the FDCPA. The plaintiffs are all represented by the same counsel and each case is styled as a putative class action.

The Court has already found *Ciganek* related to *Meza*, and ordered it transferred to this Court. Doc. No. 76. The Court explained the cases were related because they both "concern substantially the same defendants, claims and events,

1 | and it appears likely that there will be an unduly burdensome duplication of labor
2 | and expense or conflicting results if the cases are conducted before different judges."
3 | *Id*. at p. 1. *James*, *Gaines* and *Combs* are related for the same reasons.
4 |       Accordingly, *James*, *Gaines* and *Combs* shall be reassigned to the undersigned
5 | judge. All future filings are to bear the initials "LHK." A copy of this Order shall be
6 | filed in the *James*, *Gaines* and *Combs* dockets.

DATED: April 22, 2019

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge